### In re JOHNS–MANVILLE CORPORATION, Debtor.

### KEENE CORPORATION

v.

JOHNS–MANVILLE CORPORATION, Johns–Manville Sales Corporation, Canadian Johns–Manville Asbestos, Ltd. (now known as Johns–Manville Amiante Canada, Inc.), Cape Industries, Ltd. and EGNEP (Pty.) Ltd.

Adv. No. 82–3510.
Misc. No. 88–0022.

United States District Court,
E.D. Pennsylvania.

Feb. 16, 1988.

James Eiseman, Jr., Henry W. Sawyer, III, James Wiseman, Jr., Lawrence J. Fox,

Drinker Biddle & Reath, Philadelphia, Pa., Anderson Russell Kill & Olick, New York City, for plaintiff.

Robert St. Leger Goggin, Marshall Dennehey Warner Coleman & Goggin, Philadelphia, Pa., for defendants.

## ORDER

LUDWIG, District Judge.

AND NOW, this 16th day of February, 1988, after independent review of the report and recommendation of United States Bankruptcy Judge Bruce Fox, it is Ordered that:

1. The report and recommendation is approved and adopted.

2. The motion of Keene Corporation to remand to the Court of Common Pleas of Philadelphia County, Pennsylvania all claims against defendants Cape Industries, Ltd. and Egnep (Pty.) Ltd. which were removed from the Court of Common Pleas of Philadelphia County on January 27, 1983 is granted. *See* 28 U.S.C.A. § 1452 (West Supp.1987).